FILED
2012 Apr-04 PM 04:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **WILLIE LOUIS MACK,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **Civil Action Number** |
| ) | **1:10-CV-3341-VEH-JEO** |
| **WARDEN JOHN T. RATHMAN,** ) | |
| **et al.,** ) | |
| ) | |
| Respondents. | |

## **MEMORANDUM OPINION**

This case involves a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 by petitioner Willie Louis Mack. (Doc. 1). After preliminary review, the magistrate judge assigned this case issued a Report and Recommendation, finding that the petition was due to be denied because petitioner's dissatisfaction with the decision of his Unit Team and the absence of relief via the administrative process does not amount to a due process violation. (Doc. 13). The petitioner has not filed any objections to the magistrate judge's determination.

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and

recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice.  An appropriate order will be entered.

**DONE** this the 4th day of April, 2012.

                                                **VIRGINIA EMERSON HOPKINS**
                                                United States District Judge